UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:13-cv 00093-BR

JOYCE LONEY, PRO SE,

    Plaintiff,

vs.

GE CAPITAL RETAIL BANK,
HILCO RECEIVABLES LLC.,
APEX FINANCIAL MANAGEMENT LLC.,
EQUABLE ASCENT FINANCIAL, LLC.,
MIDLAND CREDIT MANAGEMENT, INC,
EQUIFAX INFORMATION SERVICES, LLC.,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANS UNION, LLC.

    Defendants

## MOTION FOR ORDER OF DISMISSAL

### OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC.,

NOW COMES the Plaintiff, JOYCE LONEY stipulate and agree for this Defendant only, EQUIFAX INFORMATION SERVICES, LLC., that this action be dismissed with prejudice, as settled, each party shall bear its own costs incurred within.

IT IS HEREBY requested by the Plaintiff Joyce Loney that a Motion of Dismissal With Prejudice be entered in the above case pending before this honorable court.

22 July 2013

*[signature]*

W. Earl Britt, Senior U.S. District Judge

DATED this /7th day of June, 2013

*[signature]*
Joyce Loney
407 E Oak Island Dr., Oak Island, NC 28465