UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JOYCE LONEY, PRO SE, | ) |
| Plaintiff, | ) |
| v. | ) |
| GE CAPITAL RETAIL BANK, HILCO RECEIVABLES LLC, APEX FINANCIAL MANAGEMENT LLC, EQUITABLE ASCENT FINANCIAL, LLC, MIDLAND CREDIT MANAGEMENT, INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, LLC, and TRANS UNION, LLC, | ) CASE NO. 7:13-CV-00093-BR |
| Defendants. | ) |

## ORDER

THIS MATTER is before the Court upon motion by Plaintiff JOYCE LONEY, appearing *pro se*, and Defendant GE CAPITAL RETAIL BANK to dismiss with prejudice all claims against GE CAPITAL RETAIL BANK in this action.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against GE CAPITAL RETAIL BANK with prejudice, and that the motion should be granted for good cause shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiff JOYCE LONEY against Defendant GE CAPITAL RETAIL BANK be dismissed with prejudice, and each party to bear its own costs.

22 August 2013

Senior United States District Court Judge