IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:13-CV-93-BR

| | |
|---|---|
| JOYCE LONEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GE CAPITAL RETAIL BANK, HILCO | ) |
| RECEIVABLES, LLC, APEX FINANCIAL | ) **ORDER OF DISMISSAL** |
| MANAGEMENT, LLC, EQUABLE ASCENT | ) **WITH PREJUDICE** |
| FINANCIAL, LLC, MIDLAND CREDIT | ) |
| MANAGEMENT, INC., EQUIFAX | ) |
| INFORMATION SERVICES, LLC, EXPERIAN | ) |
| INFORMATION SOLUTIONS, INC., and | ) |
| TRANS UNION, LLC, | ) |
| | ) |
| Defendants. | ) |

Plaintiff Joyce Loney and defendants Hilco Receivables, LLC, Apex Financial Management, LLC, and Equable Ascent Financial, LLC have announced to the Court that all matters in controversy have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS SO ORDERED that the claims and causes of action asserted herein by Plaintiff Joyce Loney against defendants Hilco Receivables, LLC, Apex Financial Management, LLC, and Equable Ascent Financial, LLC are in all respects dismissed with prejudice, with court costs and attorney's fees to be paid by the party incurring same.

SO ORDERED, this 7 day of October, 2013.

Senior UNITED STATES DISTRICT COURT JUDGE