UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:13-CV-00093-BR

| | |
|---|---|
| JOYCE LONEY,       )  | |
|    Plaintiff,       ) | |
|       ) | |
| v.       ) | ORDER |
|       ) | |
| MIDLAND CREDIT MANAGEMENT,       ) | |
|    Defendant.       ) | |

This matter is before the court on plaintiff's *pro se* motion for an order of dismissal. (DE # 49.) Although the caption of the motion refers to defendant Trans Union LLC, the body of the motion refers to defendant Midland Credit Management, Inc. ("MCM"). As the only remaining defendant is MCM and the case has been stayed pending plaintiff's arbitration against MCM, (see 1/22/14 Order, DE # 48), the court presumes that plaintiff's motion pertains to MCM. Plaintiff requests that the action be dismissed with prejudice, with each party to bear its own costs. MCM has not filed a response to the motion. The motion is GRANTED. Plaintiff's claims against MCM are DISMISSED WITH PREJUDICE, with each party to bear its own costs. The Clerk is DIRECTED to enter judgment and close this case.

   This 23 April 2014.

                                            W. Earl Britt
                                            Senior U.S. District Judge