UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Joyce Loney, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| GE Capital Retail Bank, | ) | |
| Hilco Receivables L.L.C., | ) | No. 7:13-CV-93-BR. |
| Apex Financial Management L.L.C., | ) | |
| Equable Ascent Financial, L.L.C., | ) | |
| Midland Credit Management, Inc., | ) | |
| Equifax Information Services, LLC, | ) | |
| Trans Union, LLC, | ) | |
| Experian Information Solutions, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants Equifax Information Services, LLC, GE Capital Retail Bank, Trans Union, LLC, Experian Information Solutions, Inc., Hilco Receivables, LLC, Apex Financial Management, LLC, Equable Ascent Financial, LLC and Midland Credit Management are dismissed. This case is closed.

**This judgment filed and entered on April 23, 2014, and served on:**

Joyce Loney (Via US Mail at 407 E. Oak Island Drive, Oak Island, NC 28465)
Lisa W. Arthur (Via CM/ECF Notice of Electronic Filing)
Travis W. Martin (Via CM/ECF Notice of Electronic Filing)
William Jacob Long, IV (Via CM/ECF Notice of Electronic Filing)
David Glen Guidry (Via CM/ECF Notice of Electronic Filing)
K. Ann Broussard (Via CM/ECF Notice of Electronic Filing)
Geoffrey S. Rooker (Via CM/ECF Notice of Electronic Filing)
Joseph W. Williford (Via CM/ECF Notice of Electronic Filing)
Julian H. Wright, Jr. (Via CM/ECF Notice of Electronic Filing)
Nathan C. Chase, Jr. (Via CM/ECF Notice of Electronic Filing)

April 23, 2014                                                  /s/ Julie A. Richards,
                                                                         Clerk of Court